# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 21 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Zamarelli | | |

**DOCKET ENTRY TEXT**

The initial transfer of jurisdiction was filed 1/9/08, however, due a clerical mistake naming an incorrect party, a corrected transfer of jurisdiction was filed 02/12/08 in this case.

The initial transfer order incorrectly listed the name of the assigned Probation Officer as the defendant. Mr. Zaramelli's name shall be removed from any and all aspects of the docket as a named party defendant. The initial filed date is to remain along with a redacted [removal of Mr. Zamarelli's name] pdf of the initial transfer of jurisdiction form.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|