**CORRECTED** (stamped)

| PROB 22 Rev. 2/88 | | DOCKET NUMBER(Tran.Ct) 113C 0:05CR60327-Marra |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) 08 CR 21 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gerald E. Mcdermott | Southern District of Florida | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Kenneth A. Marra | |
| SD/FL PACTS No. 88362 | DATES OF PROBATION SUPERVISED RELEASE | FROM 11/5/2007 — TO 11/4/2010 |

FILED FEB 21 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

**OFFENSE**

Conspiracy to possess with intent to distribute at least 100 kilograms of marijuana on board a vessel, 46 U.S.C. § 1903(a)(j)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/24/08
Date

Kenneth A. Marra
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 11 2008
Effective Date

James F. Holderman
United States District Judge